IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

DONTAY MARKEITH WELLS ) Civil Action No. _____
[Enter the full name of the plaintiff in this action] )
) (to be assigned by Clerk)
)
) **C O M P L A I N T**
v. ) **State Prisoner**
SEE ATTACHMENT )
"Multiple Defendants" )
)
)
"60 TOTAL" )
)
)
)
Enter above the full name of defendant(s) in this action )

RECEIVED
USDC CLERK, COLUMBIA
2012 JAN 30 AM 11:40

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?   Yes _____   No __X__

   B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

      1. Parties to this previous lawsuit:

         Plaintiff: _____

         Defendant(s): _____

      2. Court: _____
         (If federal court, name the district; if state court, name the county)

      3. Docket Number: _____

      4. Name(s) of Judge(s) to whom case was assigned: _____

      5. Disposition: _____
         (For example, was the case dismissed? Appealed? Pending?)

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of disposition: _____

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: _____

B. What are the issues that you are attempting to litigate in the above-captioned case? _____
_____

C. (1) Is there a prisoner grievance procedure in this institution?   Yes **X**   No ____

(2) Did you file a grievance concerning the claims you are raising in this matter?   Yes **X**   No ____
When **Jan 2010 until Now** Grievance Number (if available) **Multiple., See Attach**

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?   Yes **X**   No ____

E. When was the final agency/departmental/institutional answer or determination received by you? **Jan 3, 2012**

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?   Yes ____   No ____

G. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: **Dontay Markeith Wells**   Inmate No.: **50136007**
Address: **Federal Correctional Institution PMB 1000 Talladega Al 35160**

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: **Multiple Defendants**   Position: **Various**
Place of Employment: **FCI Edgefield, South Carolina 29824**

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
**See Attach Pages. Multiple Defendants 6 pages.**

Complaint - State Prisoner
Revised October 3, 2007

All Defendants are employed at FCI Edgefield: Pg #1
501 Gray Hill Rd Edgefield SC 29824

ADDITIONAL DEFENDANTS (60 TOTAL)

1.) Ass. Warden D. Fallen
   Sued in Official and Personal Capacity

2.) Ass Warden Acosta
   Sued in Official and Personal Capacity

3.) Captain C. Collie
   Sued in Official and Personal Capacity

4.) SIS Captain K. Vining
   Sued in Official and Personal Capacity

5.) Lieutenant B. Finnerty
   Sued in Official and Personal Capacity

6.) Lieutenant Clark
   Sued in Official and Personal Capacity

7.) Lieutenant Bryant
   Sued in Official and Personal Capacity

8.) Lieutenant Thompson
   Sued in Official and Personal Capacity

9.) Lieutenant Johnson
   Sued in Official and Personal Capacity

10.) Lieutenant Santiago
    Sued in Official and Personal Capacity

Pg#2

11.) LIEUTENANT LEWIS
   SUED IN OFFICIAL AND PERSONAL CAPACITY

12.) ACT LIEUTENANT / OFFICER BROADWATER
   SUED IN OFFICIAL AND PERSONAL CAPACITY

13.) LIEUTENANT OLIVER
   SUED IN OFFICIAL AND PERSONAL CAPACITY

14.) LIEUTENANT BURGESS
   SUED IN OFFICIAL CAPACITY

15.) DISCIPLINARY HEARING OFFICER RAYMOND KELSO
   SUED IN OFFICIAL AND PERSONAL CAPACITY

16.) MAIL ROOM OFFICIAL C. ZAMER
   SUED IN OFFICIAL AND PERSONAL CAPACITY

17.) MAIL ROOM OFFICIAL N. DIAL
   SUED IN OFFICIAL AND PERSONAL CAPACITY

18.) MAIL ROOM OFFICIAL S. HACKENBURG
   SUED IN OFFICIAL AND PERSONAL CAPACITY

19.) MAIL ROOM / UNIT MANAGER S. LATHROP
   SUED IN OFFICIAL AND PERSONAL CAPACITY

20.) MAIL ROOM OFFICIAL S. TAYLOR
   SUED IN OFFICIAL AND PERSONAL CAPACITY

21.) Unit Counselor J. Bryant
Sued In Official And Personal Capacity.

22.) Unit Manager Koger
Sued In Official And Personal Capacity

23.) Greivance Coordinator Mackleburg
(7) Sued In Official And Personal Capacity

24.) (HSA) Dr. Rosario
Sued In Official And Personal Capacity

25.) (AHSA) Dr Guevara
Sued In Official And Personal Capacity

26.) Dr Saha (MLP)
Sued In Official And Personal Capacity

27.) Clinical Director Dr Blocker
Sued In Official And Personal Capacity

28.) Dr Lopez
Sued In Official And Personal Capacity

29.) Nurse Joan Tapper
Sued In Official And Personal Capacity

30.) Nurse Richard Valez
Sued In Official And Personal Capacity

31.) NURSE N. CLEM
    SUED IN OFFICIAL AND PERSONAL CAPACITY

32.) NURSE L. RYAN
    SUED IN OFFICIAL AND PERSONAL CAPACITY

33.) NURSE V. SMITH
    SUED IN OFFICIAL AND PERSONAL CAPACITY

34.) NURSE ROGERS
    SUED IN OFFICIAL AND PERSONAL CAPACITY

35.) NURSE AMY BOAKE
    SUED IN OFFICIAL AND PERSONAL CAPACITY

36.) FOOD SERVICE ADMINISTRATOR MRS TURNER
    SUED IN OFFICIA CAPACITY

37.) OFFICER J. KAPRAL
    SUED IN OFFICIAL AND PERSONAL CAPACITY

38.) OFFICER J. DUMAIS
    SUED IN OFFICIAL AND PERSONAL CAPACITY

39.) OFFICER J. FORD
    SUED IN OFFICIAL AND PERSONAL CAPACITY

40.) OFFICER SALMON
    SUED IN OFFICIAL AND PERSONAL CAPACITY

Pg #5

41.) Official Billings
 Sued In Official And Personal Capacity

42.) Officer Reese
 Sued In Official And Personal Capacity

43.) Officer Coleman
 Sued In Official And Personal Capacity

44.) Officer Tucker
 Sued In Official And Personal Capacity

45.) Officer Simpkins
 Sued In Official And Personal Capacity

46.) Officer Y. Gordon
 Sued In Official And Personal Capacity

47.) Officer Barton
 Sued In Official And Personal Capacity

48.) Officer Burkett
 Sued In Official And Personal Capacity

49.) Officer J. Harriot
 Sued In Official And Personal Capacity

50.) Officer S. Howard
 Sued In Official And Personal Capacity

Pg #6

51.) OFFICER TOPIBERT
   SUED IN OFFICIAL AND PERSONAL CAPACITY

52.) OFFICER C. ROUSE
   SUED IN OFFICIAL AND PERSONAL CAPACITY

53.) OFFICER PEAY
   SUED IN OFFICIAL AND PERSONAL CAPACITY

54.) OFFICER J. GREEN
   SUED IN OFFICIAL AND PERSONAL CAPACITY

55.) OFFICER MUNSON
   SUED IN OFFICIAL AND PERSONAL CAPACITY

56.) OFFICER MARTINEZ
   SUED IN OFFICIAL AND PERSONAL CAPACITY

57.) OFFICER EVANS
   SUED IN OFFICIAL AND PERSONAL CAPACITY

58.) OFFICER STRICKLAND
   SUED IN OFFICIAL AND PERSONAL CAPACITY

59.) OFFICE RANDOLPH
   SUED IN OFFICIAL AND PERSONAL CAPACITY.

60.) LT HOLLET
   SUED IN OFFICIAL AND PERSONAL CAPACITY

IV. STATEMENT OF CLAIM

State here, as briefly as possible, the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

SEE ATTACH

DUE TO VOLUME OF CLAIM IN OCCORDANCE WITH RULE 8(A) I ATTEMPTED TO BE AS BRIEF AS POSSIBLE. (1 YEAR TORTURE LASTED) PLEASE NOTE! AFTER EACH INCIDENT EXIBITS ARE ATTACHED IN HOPES OF SIMPLIFING CLAIM! PLEASE READ AND HELP ME PLEASE!

"I MAY BE IN DANGER"

"160 PAGES TOTAL" "PLEASE HELP ME"

Complaint - State Prisoner
Revised October 3, 2007

## COUNT ONE

OFFICIALS VIOLATED 1st AMENDMENT RETALIATION AND MAIL LAWS

## COUNT TWO

OFFICIALS VIOLATED 5th AMENDMENT DUE PROCESS

## COUNT THREE

OFFICIALS VIOLATED THE 8th AMENDMENT
CRUEL AND UNUSSUAL PUNISHMENT
CORPORAL PUNISHMENT
EXCESSIVE FORCE
DEPRIVATION OF MEDICAL ASSISTANCE
CONDITIONS OF CONFINEMENT VIOLATIONS
FAILURE TO PROTECT
DELIBERATE INDIFFERENCE

ALL THREE COUNTS ARE PURSUANT TO STATEMENT OF FACTS! PARAGRAPHS 1 THRU 280

ANY VIOLATION NOT MENTIONED HERE I WOULD ASK THE COURTS ASSISTACE PLEASE

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

Issue Injunctive and Declatory Relief! I am House In A special Management Unit As A Direct Result of Retaliation, Violation of Due Process, of Falsified Disciplinary Reports.

Award Nominal, Punitive, And Compensatory Damages In the Amount of $275,000 Each Defendant or As Court see fit. for Pain and Suffering! Mental & Emotional!

Inforce United States Constitution By Criminally Charging Every Defendent whom Violated the color of federal Law. 28 USC 111, 28 USC 2, 28 USC 1151.9, 28 USC 141, 28 USC 1900's And Any Statue not mention.

Expunge Disciplinary Record And Restore All Restrictions Restrictions from Incidents!

Award Any And All Damages to My Only Child **IF & ONLY** ~~In~~ the Case I Don't Out Live the Judgement of My Claim! Named As My Beneficiary In Case of Death! Tyekiva Harvin Resides: 195 Apollo St Wedgefield SC 29168 "Only If I Die or Am Killed! Award Damages to My Child"

I would Last Ask the Court To Protect Me From Officials And Insure Life! Help Me Please! Please

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **21ST** day of **January**, 20**12**.

*Signature of Plaintiff:* Dontay Webb 30136007

Complaint - State Prisoner
Revised October 3, 2007